AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GERALD LEE WENTZ,

        Petitioner,

        v.

RICHARD MORGAN,

        Respondent

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-5121-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's Petition for Writ of Haveas Corpus is dismissed with prejudice, and judgment is entered in favor of Respondent.

July 25, 2005
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson